**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market St. #80594
San Francisco, CA 94104
Telephone:  (415) 488-8041
Facsimile:   (415) 651-9700
*Attorneys for Plaintiff,*
Darrin Ngo

THE CARDOZA LAW CORPORATION
548 MARKET ST. #80594
SAN FRANCISCO, CA 94104

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARRIN NGO**<br><br>Claimant,<br><br>v.<br><br>**PMGI FINANCIAL, LLC and KENOSIAN & MIELE, LLP;**<br><br>Respondents | **Case No.: 3:18-cv-05401-JCS**<br><br>**STIPULATION OF DISMISSAL OF ENTIRE CASE WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)(A)(II)** |

///

///

///

///

///

///

///

Plaintiff **DARRIN NGO,** and Defendants **PMGI FINANCIAL, LLC and KENOSIAN & MIELE, LLP,** having settled the above entitled case, hereby stipulate that the above entitled action be dismissed in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Parties will each bear their own attorneys' fees and costs.

DATED: June 7, 2019     **THE CARDOZA LAW CORPORATION**

BY: /s/ LAUREN B. VEGGIAN
MICHAEL F. CARDOZA, ESQ.
LAUREN B. VEGGIAN, ESQ.
ATTORNEYS FOR PLAINTIFF,
DARRIN NGO

DATED: June 7, 2019     **KUTAK ROCK LLP**

BY: /s/ SAUNDRA K. WOOTTON
SAUNDRA K. WOOTTON, ESQ.
ATTORNEY FOR PMGI FINANCIAL, LLC
AND KENOSIAN & MIELE, LLP

.

Dated: June 10 , 2019



IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE CARDOZA LAW CORPORATION
548 MARKET ST. #80594
SAN FRANCISCO, CA 94104

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is The Cardoza Law Corporation, 548 Market Street #80594, San Francisco, CA 94104. On June 7, 2019, I served the within document(s):

## STIPULATION OF DISMISSAL OF ARBITRATION

☐     E-MAIL - by transmitting via e-mail the document(s) listed above to the e-mail address(es) set forth below on this date before 11:59 p.m.

☐     MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego County, California addressed as set forth below.

☐     PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒     CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 5:00 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

> Saundra K. Wootton
> Bradley Boyer
> Kutak Rock
> 777 Figueroa Street, Suite 4550
> Los Angeles, CA 90017
> Saundra.wootton@kutakrock.com
> Bradley.boyer@kutakrock.com
> Counsel for PMGI and K&M

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 7, 2019, at San Diego County, California.

BY: /s/ Lauren B. Veggian

THE CARDOZA LAW CORPORATION
548 MARKET ST. #80594
SAN FRANCISCO, CA 94104